# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MARGARET E. TAYLOR

VERSUS

PETSMART, LLC, ET AL.

CIVIL ACTION

24-184-SDD-RLB

### RULING

The Court has carefully considered the *Motions*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr., dated September 3, 2024, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Motion for Leave of Court to File First Supplemental and Amending Complaint[4] and Motion to Remand[5] are granted, and this action is remanded to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana

Signed in Baton Rouge, Louisiana, on this __18th__ day of September, 2024.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 7 and 8.
[2] Rec. Doc. 25.
[3] Rec. Doc. 26.
[4] Rec. Doc. 7.
[5] Rec. Doc. 8.